JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a Corporation,<br><br>               Plaintiff,<br><br>      vs.<br><br>CBFS, INC., a California corporation dba CAMBRIDGE BUSINESS FORMS SALES; Does 1-100,<br><br>               Defendants. | CASE NO. CV 12–02687 MMM (PLAx)<br><br>JUDGMENT FOR PLAINTIFF |

        On May 23, 2013, the court granted plaintiff Xerox Corporation's motion for entry of default judgment against defendant CBFS, Inc. On July 31, 2013, it entered an order awarding damages, prejudgment interest, attorneys' fees and costs on default. Consequently,

        IT IS ORDERED AND ADJUDGED

    1. That plaintiff Xerox Corporation ("Xerox") is entitled to possession of a Xerox X700XOV copier printer, Serial Number MAV774449, a Xerox X70CXO copier printer, Serial Number MXA061146; and a Xerox 4112CP copier printer, Serial Number GYA886326.

2. That Xerox recover $230,451.74 in damages and prejudgment interest against defendant CBFS, Inc.;

3. That Xerox recover attorneys' fees of $6,975.63 and costs of $400.95; qand

4. That the action be, and it hereby is, dismissed:

DATED: July 31, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2